IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE REMBERT,

      Petitioner,

v.                                                        CASE NO. 4:09cv387-SPM/MD

KENNETH S. TUCKER,

      Respondent.

_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated August 22, 2012 (doc. 27).   No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.     The magistrate judge's report and recommendation (doc. 27) is ADOPTED and incorporated by reference in this order.

2.     The § 2254 petition for writ of habeas corpus, challenging the conviction and sentence in State of Florida v. Rembert, in the Circuit Court of Leon County, Florida, case number 03-1825AF, is denied. The clerk is directed

to close the file.

      3.     A certificate of appealability is denied.

DONE AND ORDERED this 24th day of September, 2012.


s/ Stephan P. Mickle
Stephan P. Mickle
Senior United States District Judge